■ In the Matter of GEORGE W. VIVINO, a Suspended Attorney. [631 NYS2d 516] —Motion to be reinstated granted effective as of the date hereof. No opinion. Concur—Murphy, P. J., Rosenberger, Kupferman and Asch, JJ.